# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

Criminal No. 11-CR-00402-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. SHANE FRENCH,**

Defendant.

## MINUTE ORDER SETTING HEARING

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

  **IT IS HEREBY ORDERED** that this matter is set for a hearing on February 16, 2012 at 3:00 p.m. before the Magistrate Judge, 103 Sheppard Drive, Room 235, Durango, Colorado 81303 on the Probation Officer's Request to Modify Conditions of Release.

  Failure of the Defendant to appear on that date and time may result in a warrant being issued for his arrest.

**DATED: February 14, 2012.**

            BY THE COURT:

            s/David L. West
            **United States Magistrate Judge**