**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-CR-00402-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SHANE FRENCH,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      The Defendant failed to report to Arapahoe House Adult Intensive Residential Treatment Services Program on March 2, 2012, and at the request of the Probation Department;

      **IT IS HEREBY ORDERED** that a status conference be scheduled for March 7, 2012 at 7:30 a.m. before the Magistrate Judge in Durango, Colorado regarding this matter.

      **IT IS FURTHER ORDERED** that failure of the Defendant to appear on that date and time will result in the issuance of a warrant for his arrest.

**DATED: March 5, 2012.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**