IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 11-CR-00402-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. SHANE FRENCH,**

Defendant.

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

As a result of the Defendant's refusal to leave his cell at the La Plata County Jail and be transported to a hearing before the Magistrate Judge on April 12, 2012 at 1:30 p.m.;

**IT IS HEREBY ORDERED** that in order to assist the Court, the Court has requested the Defendant's mother, Patty French, visit with the Defendant at the La Plata County Jail if she wishes to do so and that the La Plata County Jail allow the Defendant's mother to have an "unscheduled" visitation with the Defendant on the afternoon of April 12, 2012 or the morning of April 13, 2012.

**DATED: April 12, 2012.**

                                                **BY THE COURT:**

                                                **s/David L. West**
                                                **United States Magistrate Judge**